**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DESIGN TOSCANO, INC.          ) | |
|          ) | |
|          Plaintiff,    ) | |
|          ) | |
|          v.          ) | **Case No.:** 2:22cv105 |
|          ) | |
| PAMELA K. KIRTLEY d/b/a TEXAS    ) | **JURY TRIAL DEMANDED** |
| TRADITION MOLDS,          ) | |
|          ) | |
|          Defendant. | |

## COMPLAINT

Plaintiff, Design Toscano, Inc. ("Plaintiff" or "Design Toscano"), brings this action against Defendant, Pamela K. Kirtley d/b/a Texas Tradition Molds ("Defendant" or "Texas Tradition"), for injunctive relief, damages and statutory attorneys' fees under the copyright laws of the United States.

### NATURE OF THE CASE

1.      This is an action for copyright infringement.

2.      Texas Tradition has advertised, manufactured, offered for sale, and/or sold numerous products that infringe the copyrights of Design Toscano.  The products at issue involve various statues and/or sculptures that Texas Tradition has advertised, manufactured, offered for sale, and/or sold.

3.      This is not the first dispute between Design Toscano and Texas Tradition.  Design Toscano sued Texas Tradition in 2015 for copyright infringement of its statuary products.  *Design*

1

*Toscano, Inc. v. Pamela K. Kirtley d/b/a Texas Tradition Molds*, Case No. 6:15-cv-00922 (E.D. TX).   The case resulted in a confidential settlement agreement between the parties.

## SUBJECT MATTER JURISDICTION

4.      This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 et seq. ("the Copyright Act").

5.      This Court has subject matter jurisdiction over the federal claims in this action pursuant to the provisions of 28 U.S.C. §§ 1331 and 1338(a).

## VENUE

6.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(1) and 1400(a).

7.      Texas Tradition has a place of business in this Judicial District and resides in this Judicial District.

## PARTIES AND PERSONAL JURISDICTION

8.      Plaintiff, Design Toscano, is an Illinois corporation with a principal place of business at 1400 Morse Avenue, Elk Grove Village, IL 60007-5722.

9.      Design Toscano is the owner of numerous copyrights for various decorative pieces, including wall sculptures. Design Toscano sells its statuary works through various means, including its website (*www.DesignToscano.com*), catalog, previously through SkyMall magazine, as well as through various authorized on-line retailers and through its network of North American brick-and-mortar distributors and retailers.

10.      Defendant, Pamela K. Kirtley d/b/a Texas Tradition, is a resident of Texas and resides and has a principal place of business at 8744 FM 58, Lufkin, Texas 75901- 2643.

11.      Texas Tradition sells decorative pieces, including the pieces accused of infringing (as discussed in more detail below) through its websites (*http://www.texastraditionmolds.com* and

*http://www.texastraditionmoldstwo.com*) and through its print catalog which can be ordered or downloaded through its website.  Texas Tradition also sells molds used to create various decorative pieces.

12.    According to information on its website, Texas Tradition was started August 1, 1990, by Donny and Pam Kirtley. Texas Tradition offers over 2,000 different concrete sculptures and molds.

## FACTS

13.    Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Hemlock's Gargoyle Throne Statue: Large" Registration No. VA0002275476, effective October 13, 2021, and has standing to sue for enforcement of that copyright.   A true and correct copy of Certificate of Registration No. VA0002275476 is attached as Exhibit A.

14.    Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Bone Chiller the Troll Gargoyle Statue" Registration No. VA0002276749, effective October 15, 2021, and has standing to sue for enforcement of that copyright.   A true and correct copy of Certificate of Registration No. VA0002276749 is attached as Exhibit B.

15.    Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Winston the British Bulldog Statue" Registration No. VA0002275922, effective October 14, 2021, and has standing to sue for enforcement of that copyright.   A true and correct copy of Certificate of Registration No. VA0002275922 is attached as Exhibit C.

16.    Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "The American Buffalo Statue" Registration No. VA0002276614, effective October 14, 2021, and has standing to sue for enforcement of that copyright.  A true and correct copy of Certificate of Registration No. VA0002276614 is attached as Exhibit D.

17.    Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Gone Fishing Fisherman Statue" Registration No. VA0002276463, effective October 14, 2021, and has standing to sue for enforcement of that copyright.  A true and correct copy of Certificate of Registration No. VA0002276463 is attached as Exhibit E.

18.    Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Jesus in the Garden of Gethsemane Statue" Registration No. VA0002278556, effective October 14, 2021, and has standing to sue for enforcement of that copyright.  A true and correct copy of Certificate of Registration No. VA0002278556 is attached as Exhibit F.

19.    Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Black Bear Cubs Up a Tree Statue" Registration No. VA0002277655, effective October 14, 2021, and has standing to sue for enforcement of that copyright.  A true and correct copy of Certificate of Registration No. VA0002277655 is attached as Exhibit G.

20.    Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Classic Statuary Plinth Base: Medium" Registration No. VA0002277653, effective October 10, 2021, and has standing to sue for

enforcement of that copyright.   A true and correct copy of Certificate of Registration No. VA0002277653 is attached as Exhibit H.

21.     Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Resting Grace Sitting Angel Statue: Large" Statue Registration No. VA0002277504, effective October 13, 2021, and has standing to sue for enforcement of that copyright.   A true and correct copy of Certificate of Registration No. VA0002277504 is attached as Exhibit I.

22.     Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Large French Pleurant" Registration No. VA0000765814, effective February 16, 1996, and has standing to sue for enforcement of that copyright.  A true and correct copy of Certificate of Registration No.VA0000765814 is attached as Exhibit J.

23.     Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for the sculptural work "Being One with the Honey Zen Bear Statue" Registration No. VA0002054477, effective May 11, 2017, and has standing to sue for enforcement of that copyright.  A true and correct copy of Certificate of Registration No.VA0002054477 is attached as Exhibit K.

24.     The copyrights in paragraphs 13 through 23 will hereafter be referred to collectively as the "Copyrighted Works."

25.     Texas Tradition has manufactured, offered for sale, and/or sold molds that are substantially similar to Design Toscano's Copyrighted Works.  Shown below are side-by-side comparisons of Design Toscano's Copyrighted Works with Texas Tradition's infringing products.

| Design Toscano's Copyrighted Work | Texas Tradition's Infringing Product |
|---|---|
|   Hemlock's Gargoyle Throne (Ex. A) | |
|   Bone Chiller the Troll Gargoyle (Ex. B) | |
|   Winston the British Bulldog (Ex. C) | |
| | |



| Design Toscano's Copyrighted Work | Texas Tradition's Infringing Product |
|---|---|
| The American Buffalo (Ex. D) | Item: #<br>Size: 24" H x 28" L<br>Price: $795 |
| Gone Fishing Fisherman (Ex. E) | |
| | |



| Design Toscano's Copyrighted Work | Texas Tradition's Infringing Product |
|---|---|
| Jesus in the Garden of Gethsemane (Ex. F) | |
| Black Bear Cubs Up a Tree (Ex. G) | |



| Design Toscano's Copyrighted Work | Texas Tradition's Infringing Product |
|---|---|
| Classic Statuary Plinth Base (Ex. H) | |
| Resting Grace Sitting Angel (Ex. I) | |
| Large French Pleurant (Ex. J) | |
| Being One with the Honey Zen Bear (Ex. K) | |

| Design Toscano's Copyrighted Work | Texas Tradition's Infringing Product |
|---|---|
|  |  |

26.     Texas Tradition's infringing sculptures will hereafter be referred to collectively as the "Infringing Works and Molds."  Copies of pages from Texas Tradition's catalog with the Infringing Works are attached hereto as Exhibit L.

27.     The sale of the Infringing Works and Molds has resulted in damages to Design Toscano and caused Design Toscano irreparable injury.

28.     On October 26, 2015, Design Toscano filed a lawsuit against Texas Tradition in the United States District Court for the Eastern District of Texas, Tyler Division, alleging copyright infringement of several of its registered copyrights.

29.     On January 22, 2016, Design Toscano entered into a confidential settlement agreement (hereinafter "the Agreement") with Texas Tradition.

30.     Design Toscano understood that Texas Tradition would no longer infringe upon Design Toscano's copyrights after entering the Agreement.

31.     Between 2018 and 2021, Texas Tradition has disseminated at least six advertising catalogues, each of which incorporate Design Toscano's Copyrighted Works without having received Design Toscano's authorization.

32.     Texas Tradition has advertised, sold, and/or offered to sell molds for concrete statues and structures during at least one auction held on July 18, 2021, by the Ornamental Concrete Producers Association.

33.     Texas Tradition does not have, nor has it ever sought, Design Toscano's authorization for the production or sale of the Infringing Works and Molds.

## COUNT I

## COPYRIGHT INFRINGEMENT

34.     Design Toscano realleges paragraphs 1 through 33 above and incorporates those allegations as if fully set forth herein.

35.     Design Toscano is, and at all material times hereto has been, the owner of the copyrights in the Copyrighted Works and is entitled and authorized to protect itself against copyright infringement, including the enforcement of copyright actions against infringers.

36.     Pursuant to 17 U.S.C. § 106, Design Toscano has the exclusive rights to reproduce, publicly display, and distribute the Copyrighted Works.

37.     Pursuant to 17 U.S.C. § 106, Design Toscano has the exclusive right to prepare derivative works based upon the Copyrighted Works.

38.     Design Toscano owns all right, title and interest in and to United States Copyright Certificate of Registration for Copyright Nos.: VA0002275476, VA0002276749, VA0002275922, VA0002276614,    VA0002276463,    VA0002278556,    VA0002277655,    VA0002277653, VA0002277504, VA0000765814, and VA0002054477. (Exs. A-K).

39.      Texas Tradition had access to the Copyrighted Works depicted in Copyright Registration  Nos.:  VA0002275476,  VA0002276749,  VA0002275922,  VA0002276614, VA0002276463,    VA0002278556,    VA0002277655,    VA0002277653,    VA0002277504, VA0000765814, and VA0002054477.  (Exs. A-K)

40.     Texas Tradition has copied the copyrighted works depicted in Copyright Registration No. VA0002275476. The infringing "Hemlock's Gargoyle Throne Statue: Large" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0002275476 entitled "Hemlock's Gargoyle Throne Statue: Large" in that the look and feel of the infringing product and the copyrighted work are

similar.   Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No.VA0002275476.

41.    Texas Tradition copied the copyrighted works depicted in Copyright Registration No. VA0002276749.  The infringing "Bone Chiller the Troll Gargoyle Statue" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0002276749 entitled "Bone Chiller the Troll Gargoyle Statue" in that the look and feel of the infringing product and the copyrighted work are similar. Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0002276749.

42.    Texas Tradition has copied the copyrighted works depicted in Copyright Registration No. VA0002275922. The infringing "Winston the British Bulldog Statue" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0002275922 entitled "Winston the British Bulldog Statue" in that the look and feel of the infringing product and the copyrighted work are similar. Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0002275922.

43.    Texas Tradition copied the copyrighted works depicted in Copyright Registration No. VA0002276614. The infringing "The American Buffalo Statue" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0002276614 entitled "The American Buffalo Statue" in that the look and feel of the infringing product and the copyrighted work are similar.  Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0002276614.

44.    Texas Tradition has copied the copyrighted works depicted in Copyright Registration No. VA0002276463. The infringing "Gone Fishing Fisherman Statue" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the

Copyright Registration No. VA0002276463 entitled "Gone Fishing Fisherman Statue" in that the look and feel of the infringing product and the copyrighted work are similar.  Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0002276463.

45.    Texas Tradition has copied the copyrighted works depicted in Copyright Registration No. VA0002278556. The infringing "Jesus in the Garden of Gethsemane Statue" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0002278556 entitled "Jesus in the Garden of Gethsemane Statue" in that the look and feel of the infringing product and the copyrighted work are similar. Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0002278556.

46.    Texas Tradition has copied the copyrighted works depicted in Copyright Registration No. VA0002277655. The infringing "Black Bear Cubs Up a Tree Statue" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0002277655 entitled "Black Bear Cubs Up a Tree Statue" in that the look and feel of the infringing product and the copyrighted work are similar.  Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0002277655.

47.    Texas Tradition has copied the copyrighted works depicted in Copyright Registration No. VA0002277653. The infringing "Classic Statuary Plinth Base: Medium" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0002277653 entitled "Classic Statuary Plinth Base: Medium" in that the look and feel of the infringing product and the copyrighted work are similar. Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0002277653.

48.     Texas Tradition has copied the copyrighted works depicted in Copyright Registration No. VA0002277504. The infringing "Resting Grace Sitting Angel Statue: Large" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0002277504 entitled "Resting Grace Sitting Angel Statue: Large" in that the look and feel of the infringing product and the copyrighted work are similar.  Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0002277504.

49.     Texas Tradition has copied the copyrighted works depicted in Copyright Registration No. VA0000765814. The infringing "Large French Pleurant" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0000765814 entitled "Large French Pleurant" in that the look and feel of the infringing product and the copyrighted work are similar. Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0000765814.

50.     Texas Tradition has copied the copyrighted works depicted in Copyright Registration No. VA0002054477. The infringing "Being One with the Honey Zen Bear Statue" products and molds manufactured and sold by Texas Tradition are strikingly and substantially similar to the Copyright Registration No. VA0002054477 entitled "Being One with the Honey Zen Bear Statue" in that the look and feel of the infringing product and the copyrighted work are similar.   Texas Tradition has violated and infringed upon Design Toscano's Registered Copyright No. VA0002054477.

51.     Design Toscano became aware that Texas Tradition was selling and offering to sell products and molds that were substantially similar to Design Toscano's Copyrighted Works.

52.     Texas Tradition has infringed, and continues to infringe, Design Toscano's copyrights in the Copyrighted Works by reproducing, publicly displaying, distributing, or preparing derivative works based on the Copyrighted Works without Design Toscano's authorization.

53.     Texas Tradition's acts of infringement were done and continue to be done with knowledge that such actions constitute an infringement of Design Toscano's exclusive rights and are, therefore, willful. At a minimum, Texas Tradition acted in reckless disregard of Design Toscano's copyrights in the Copyrighted Works.

54.     Texas Tradition had knowledge that Design Toscano is in the business of selling statues, sculptures, and molds.

55.     Texas Tradition has admitted to prior infringement of Design Toscano's Copyrighted Works.

56.     Texas Tradition has willfully engaged in a pattern of infringement of Design Toscano's Copyrighted Works.

57.     As a direct and proximate result of the infringement by Texas Tradition of Design Toscano's Copyrighted Works, Design Toscano is entitled to no less than the maximum statutory damages, pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 with respect to each work infringed, or such other amounts as may be proper under 17 U.S.C. § 504(c). Pursuant to 17 U.S.C. § 504(b), Design Toscano is entitled to its actual damages, including Texas Tradition's profits from infringement, in amounts to be proven at trial.

58.     Design Toscano is entitled to its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.  The conduct of Texas Tradition is causing and, unless enjoined by

this Court, will continue to cause Design Toscano great and irreparable injury that cannot fully be compensated or measured in money. Design Toscano has no adequate remedy at law.

59.    Design Toscano has been irreparably harmed by the infringing acts of Texas Tradition. Pursuant to 17 U.S.C. § 502, Design Toscano is entitled to permanent injunctive relief prohibiting infringement of Design Toscano's copyrights and exclusive rights under copyright.

WHEREFORE, Plaintiff, Design Toscano, prays for the following relief:

A) A judgment finding that Texas Tradition copies each of the Copyrighted Works and is liable for copyright infringement in each of the Infringing Works and Molds;

B) a judgment finding that such infringement was willful;

C) a judgment finding that Texas Tradition, and all those in active concert or participation with it, be permanently enjoined from infringement of Design Toscano's Copyrighted Works pursuant to 17 U.S.C. § 502;

D) a judgment and order for Texas Tradition to account for and turn over to Design Toscano all copies or other articles by which copies of the Copyrighted Works may be reproduced pursuant to 17 U.S.C. § 503;

E) an award of damages adequate to compensate Design Toscano for the infringement, by no less than statutory damages pursuant to 17 U.S.C. § 504(c), in the amount of $150,000 per infringed work, arising from Texas Tradition' violations of Design Toscano's rights under the Copyright Act, or Design Toscano's actual damages, including the profits from infringement, in amounts to be proven at trial;

F) an award of costs and attorney's fees pursuant to 17 U.S.C. § 505;

G) an award of prejudgment and post-judgment interest;

H) an award of enhanced damages for willful infringement;

I) any other appropriate remedies under the copyright laws of the United States; and

J) all other relief as the Court deems reasonable and just.

<u>**JURY TRIAL DEMAND**</u>

Design Toscano requests a jury trial on all such issues triable by a jury.

DATED: April 6, 2022

/s/ Dean D. Niro w/permission Brett F. Miller
Dean D. Niro – Lead Attorney
**Vitale, Vickrey, Niro, Solon & Gasey LLP**
311 South Wacker Drive, Suite 2470
Chicago, IL  60606
Phone: (312) 236-0733
Firm ID No.: 61334

Claire Abernathy Henry
Texas Bar No. 24053063
Brett F. Miller
Tex. Bar No. 24065750
**WARD, SMITH & HILL, PLLC**
P.O. Box 1231
1507 Bill Owens Parkway
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
bmiller@wsfirm.com
claire@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**