# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| DESIGN TOSCANO, INC., | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.  2:22-CV-00105-JRG |
| PAMELA K KIRTLEY, | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) (the "Notice") filed by Plaintiff Design Toscano, Inc. (Dkt. No. 19.) In the Notice, Plaintiff dismisses the above-captioned case against Pamela K. Kirtley d/b/a Texas Tradition Molds without prejudice. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So **ORDERED and SIGNED** this 14th day of July, 2022.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE